# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2016

150895

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

DAVID BARRY BURNS,
　　　　Defendant-Appellant.

SC: 150895
COA: 323983
Bay CC: 10-010787-FC

_____/

　　　　By order of October 28, 2015, the prosecuting attorney was directed to answer the application for leave to appeal the December 8, 2014 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



Clerk

p0620